IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-208-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | ORDER FOR DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN LEE BREWINGTON | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses Count 2 of the Indictment pending against the above-captioned defendant, with prejudice, in that the prosecution on Count 2 is not supported by the facts.

G. NORMAN ACKER, III
Acting United States Attorney

BY: /s/ Thomas L. Crosby
THOMAS L. CROSBY
Assistant United States Attorney
Criminal Division
150 Fayetteville St, Suite 2100
Raleigh, North Carolina 27601
Telephone: 919-856-4299
Fax: 919-856-4487
Email: thomas.crosby@usdoj.gov

Leave of Court is granted for the filing of the foregoing dismissal.

*Richard E Myers II*

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

Date: 8/3/2021